# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

JESSICA NOEL, *individually and on behalf of all others similarly situated,*

    Plaintiff

vs.

SHEIN US SERVICES LLC

    Defendant.

_____/

Case No. 6:24-CV-01330-PGB-RMN

## JOINT MOTION FOR STIPULATED ORDER COMPELLING ARBITRATION AND STAYING PROCEEDINGS

Plaintiff JESSICA NOEL ("Plaintiff") and Defendant SHEIN US SERVICES, LLC ("SHEIN") (together, the "Parties") hereby jointly move the Court for entry of an Order compelling arbitration and staying these proceedings until the parties complete arbitration. In support, the Parties stipulate as follows:

WHEREAS, Plaintiff filed the Complaint [DE 1] against SHEIN in this action on July 19, 2024;

WHEREAS, the Complaint asserts a claim against SHEIN pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq*. (the "TCPA").

WHEREAS, a waiver of service of summons was filed on July 29, 2024 [DE 9];

WHEREAS, SHEIN's response to the Complaint is due on September 23, 2024;

WHEREAS, a valid and enforceable arbitration agreement exists between Plaintiff on the one hand and SHEIN on the other hand (the "Arbitration Agreement");

1

WHEREAS, the Arbitration Agreement is governed by the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*; and

WHEREAS, the Parties have agreed to submit Plaintiff's individual claims against SHEIN asserted in the Complaint to final and binding arbitration to be conducted by JAMS.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, by and through their respective attorneys of record, that:

1. The Parties agree to submit Plaintiff's individual claims asserted against SHEIN, as set forth in the Complaint [DE 1] filed on July 19, 2024, to final and binding arbitration (the "Arbitration") to be conducted by JAMS; and

2. In accordance with 9 U.S.C. § 3, all court proceedings in the above-entitled case should be stayed until the Arbitration is conducted.

Based on the foregoing, the Parties respectfully request that this Court enter the attached proposed Order.

Dated: September 5, 2024

| */s/ Zane C. Hedaya*<br>**THE LAW OFFICEOF JIBRAELS. HINDI**<br>JIBRAEL S. HINDI, ESQ.<br>Florida Bar No.: 118259<br>E-mail: jibrael@jibraellaw.com<br>ZANE C. HEDAYA, ESQ.<br>Florida Bar No.: 1048640<br>E-mail: zane@jibraellaw.com<br>GERALD D. LANE, JR., ESQ.<br>Florida Bar No.: 1044677<br>E-mail: gerald@jibraellaw.com<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-907-1136<br><br>*Counsel for Plaintiff JESSICA NOEL* | */s/ Jamie Zysk Isani*<br>**HUNTON ANDREWS KURTH LLP**<br>Jamie Zysk Isani (FBN 728861)<br>Samuel A. Danon (FBN 892671)<br>Natalia C. San Juan (FBN 1011430)<br>333 S.E. 2 Avenue, Suite 2400<br>Miami, FL 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-2460<br>jisani@HuntonAK.com<br>sdanon@HuntonAK.com<br>nsanjuan@HuntonAK.com<br><br>*Counsel for Defendant<br>SHEIN US SERVICES LLC* |
|---|---|

2